FILED
2011 AUG 26  PM 3:54

Name: Thomas Hawkins III

Address: 1005 North Heliotrope Drive

Los Angeles, Ca 90028

Phone: 323 7184696

Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Thomas Hawkins III

Plaintiff

v.

County of Los Angeles

Defendant(s)

CASE NUMBER:

**CV11 07023 PA (PJW)**

Complaint

My government claim was denied on August 3, 2011 by the county counsel.

On June 11, 2011 I was carpooled from El Monte California to the 3700 block of Foothill Blvd in the City of Pasadena. I was walking on the sidewalk towards the Gold line train and Officer Huerta of the Los Angeles Sheriffs department and his partner started harassing me for no reason. The Sheriffs department responsible for my damages is located at 8838 Las Tunas Drive Temple City, Ca 91780.

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 24 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

I had over $800 in my pockets before officer Huerta illegally search me in violation of the Fourth Amendment right of the United States Constitution.

When I was stop I ask the Officers what crime had I committed. I was ask do I have any drugs on me or any gang tattos. I have been drug free all my life and I have never been in a gang.

Detention short of arrest: Stop and Frisk: Arrests are subject to the requirements of the Fourth Amendment, but the courts have followed the common law in upholding the right of police officers to take a person into custody without a warrant if they have probably cause to believe that the person to be arrested has committed a misdemeanor or felony in their presence. Terry verses Ohio.

I want damages dealing with an illegally search in violation of the United States Constitution of the Fourth Amendment and for racial profiling. I want damages of $1,000,000.

8-23-11

Thomas Hawkins

Exhibit #1

Tuesday, June 14, 2011
7:21 PM

**COUNTY OF LOS ANGELES**

# CLAIM FOR DAMAGES
## TO PERSON OR PROPERTY

**INSTRUCTIONS:**
1. Read claim *thoroughly*.
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs *three copies* of your claim and *three sets* of attachments (if any).
4. This claim form *must* be signed.

**DELIVER OR U.S. MAIL TO:** EXECUTIVE OFFICER, BOARD OF SUPERVISORS, ATTENTION: CLAIMS, 500 WEST TEMPLE STREET, ROOM 383, KENNETH HAHN HALL OF ADMINISTRATION, LOS ANGELES, CA 90012   (213) 974-1440

**TIME STAMP HERE OFFICE USE ONLY**

**1. NAME OF CLAIMANT:** Thomas Hawkins II

**2. ADDRESS AND TELEPHONE NUMBER TO WHICH YOU DESIRE NOTICES OR COMMUNICATIONS TO BE SENT:**
Street: 1005 North Heliotrope Drive  City, State: LA, CA  Zip Code: 90029

**HOME TELEPHONE:** (323) 578-4696  **BUSINESS TELEPHONE:** ( )

**3. CLAIMANT'S BIRTHDATE:** 2-10-1976
**4. CLAIMANT'S SOCIAL SECURITY NUMBER:** 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

**5. WHEN DID DAMAGE OR INJURY OCCUR?**
DATE: June 11, 2011    TIME: With the hour 3:00 PM to 4:00 PM

**6. WHERE DID DAMAGE OR INJURY OCCUR?**
Street: Near 3750 East Foothill Blvd  City, State: Pasadena, CA  Zip Code:

**7. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:**
I had just left the office above on foot walking to the Gold line train, two hispanic cops was walking the oposite direction of me and then they turned back around and started

**8. WERE POLICE OR PARAMEDICS CALLED?** YES ☐  NO ☑

**9. IF PHYSICIAN WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND PHYSICIAN'S NAME, ADDRESS AND PHONE NUMBER:**
DATE OF FIRST VISIT:     PHYSICIAN'S NAME:
PHYSICIAN'S ADDRESS:     PHONE: ( )

**10. WHY DO YOU CLAIM COUNTY IS RESPONSIBLE?**
The two hispanic police officers works for the Los Angeles Sheriffs department in Pasadena, California

**11. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE):**

| NAME | DEPT. |
|---|---|
| NAME | DEPT. |

**12. WITNESSES TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:**

| NAME | PHONE |
|---|---|
| ADDRESS | |
| NAME | PHONE |
| ADDRESS | |
| NAME | PHONE |

**13. LIST DAMAGES INCURRED TO DATE (and attach copies of receipts or repair estimate):**
I want $2,000,000 for Racial Profiling

**TOTAL DAMAGES TO DATE:** $2,000,000
**TOTAL ESTIMATED PROSPECTIVE DAMAGES:** $2,000,000

**THIS CLAIM MUST BE SIGNED**
*NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)*

## WARNING

- CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN 6 MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

- ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

- SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

- IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

**14. SIGNATURE OF CLAIMANT OR PERSON FILING ON HIS/HER BEHALF GIVING RELATIONSHIP TO CLAIMANT:** Thomas Hawkins II

**15. PRINT OR TYPE NAME:** Thomas Hawkins   **DATE:** 6-15-11

T:\FORMS\CLAIMFORM2.DOC     REVISED 6/00

Exhibit #2

harassing me. First the hispanic officer said the reason why he was messing with me was because I look at him wrong. I had over $800 in my pocket do you think I would be trying to draw attention myself then he came out and said it was because of the clothes that I wave cap I had on. I feel I should be able to walk on any streets in the city of Pasadena without being harass and stop and question because I'm dressed like a gangbanger / drug dealer. I should be able to wear what I want that's not revealing my private parts on any streets in Pasadena without the Los Angeles County Sheriffs harassing me. This case is another form of racial profiling. This has been an ongoing thing with the Los Angeles Sheriffs department I have been notified by other victims. I'm the only one that has decided to take action. I wasn't walking in a high profile drug infested area. One of the Hispanic police officers said no one would believe me that this was racial profiling because his

Exhibit #3

wife is Afro-American. What do you call it. No crime was committed on my part before they started harassing me. I should feel free to walk on any ~~street in Pas~~ side walk in Pasadena without feeling nervous that the Los Angeles Sheriffs department is going to search me because my clothes make me look like a drug dealer / gang banger. I was arrested and transported to the Pasadena Police department on an old case I had already did time for. This case is a racial Profiling case.

# LEGISLATION

**Back to AELE Home Page**

**Back to Hot Issues**        **Back to Legislative Page**

---

**THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:**

SECTION 1: Section 13519.4 of the Penal Code is amended to read:

13519.4. (a) On or before August 1, 1993, the commission shall develop and disseminate guidelines and training for all law enforcement officers in California as described in subdivision (a) of Section 13510 and who adhere to the standards approved by the commission, on the racial and cultural differences among the residents of this state. The course or courses of instruction and the guidelines shall stress understanding and respect for racial and cultural differences, and development of effective, noncombative methods of carrying out law enforcement duties in a racially and culturally diverse environment.

(b) The course of basic training for law enforcement officers shall, no later than August 1, 1993, include adequate instruction on racial and cultural diversity in order to foster mutual respect and cooperation between law enforcement and members of all racial and cultural groups. In developing the training, the commission shall consult with appropriate groups and individuals having an interest and expertise in the field of cultural awareness and diversity.

(c) For the purposes of this section, "culturally diverse" and "cultural diversity" include, but are not limited to, gender and sexual orientation issues. The Legislature finds and declares as follows:

(1) Racial profiling is a practice that presents a great danger to the fundamental principals of a democratic society. It is abhorrent and cannot be tolerated.

(2) Motorists who have been stopped by the police for no reason other than the color of their skin or their apparent nationality or ethnicity are the victims of discriminatory practices.

(3) It is the intent of the Legislature in enacting the changes to Section 13519.4 of the Penal Code made by the act that added this subdivision that more than additional training is required to address the pernicious practice of racial profiling and that enactment of this bill is in no way dispositive of the issue of how the state should deal with racial profiling.

(4) The working men and women in California law enforcement risk their lives every day. The people of California greatly appreciate the hard work and dedication of law enforcement officers in protecting public safety. The good name of these officers should not be tarnished by the actions of those few who commit discriminatory practices.

(d) "Racial profiling," for purposes of this section, is the practice of detaining a suspect based on a broad set of criteria which casts suspicion on an entire class of people without any individualized suspicion of the particular person being stopped.

(e) A law enforcement officer shall not engage in racial profiling.

(f) Every law enforcement officer in this state shall participate in expanded training as

California statute on racial profiling
Case 2:11-cv-07028-PA-PJW   Document 3   Filed 08/26/11   Page 7 of 18   Page ID #:273
Page 2 of 3
Exhibit 25

prescribed and certified by the Commission on Peace Officers Standards and Training. Training shall begin being offered no later than January 1, 2002. The curriculum shall be created by the commission in collaboration with a five-person panel, appointed no later than March 1, 2001, as follows: the Governor shall appoint three members and one member each shall be appointed by the Senate Committee on Rules and the Speaker of the Assembly. Each appointee shall be appointed from among prominent members of the following organizations:

(1) State Conference of the NAACP.
(2) Brotherhood Crusade.
(3) Mexican American Legal Defense and Education Fund.
(4) The League of United Latin American Citizens.
(5) American Civil Liberties Union.
(6) Anti-Defamation League.
(7) California NOW.
(8) Asian Pacific Bar of California.
(9) The Urban League.

(g) Members of the panel shall not be compensated, except for reasonable per diem expenses related to their work for panel purposes.

(h) The curriculum shall utilize the Tools for Tolerance for Law Enforcement Professionals framework and shall include and examine the patterns, practices, and protocols that make up racial profiling. This training shall prescribe patterns, practices, and protocols that prevent racial profiling. In developing the training, the commission shall consult with appropriate groups and individuals having an interest and expertise in the field of racial profiling. The course of instruction shall include, but not be limited to, adequate consideration of each of the following subjects:

(1) Identification of key indices and perspectives that make up cultural differences among residents in a local community.

(2) Negative impact of biases, prejudices, and stereotyping on effective law enforcement, including examination of how historical perceptions of discriminatory enforcement practices have harmed police-community relations.

(3) The history and the role of the civil rights movement and struggles and their impact on law enforcement.

(4) Specific obligations of officers in preventing, reporting, and responding to discriminatory or biased practices by fellow officers.

(5) Perspectives of diverse, local constituency groups and experts on particular cultural and police-community relations issues in a local area.

(i) Once the initial basic training is completed, each law enforcement officer in California as described in subdivision (a) of Section 13510 who adheres to the standards approved by the commission shall be required to complete a refresher course every five years thereafter, or on a more frequent basis if deemed necessary, in order to keep current with changing racial and cultural trends.

(j) The Legislative Analyst shall conduct a study of the data being voluntarily collected by those jurisdictions that have instituted a program of data collection with regard to racial profiling, including, but not limited to, the California Highway Patrol, the City of San Jose, and the City of San Diego, both to ascertain the incidence of racial profiling and whether

Exhibit #6

data collection serves to address and prevent such practices, as well as to assess the value and efficacy of the training herein prescribed with respect to preventing local profiling. The Legislative Analyst may prescribe the manner in which the data is to be submitted and may request that police agencies collecting such data submit it in the requested manner. The Legislative Analyst shall provide to the Legislature a report and recommendations with regard to racial profiling by July 1, 2002.

SEC. 2. Notwithstanding Section 17610 of the Government Code, if the Commission on State Mandates determines that this act contains costs mandated by the state, reimbursement to local agencies and school districts for those costs shall be made pursuant to Part 7 (commencing with Section 17500) of Division 4 of Title 2 of the Government Code. If the statewide cost of the claim for reimbursement does not exceed one million dollars ($1,000,000), reimbursement shall be made from the State Mandates Claims Fund.

---

## *AELE PUBLICATIONS*

## *EDUCATIONAL SEMINARS*

## *Back to AELE Home Page*

## *Back to Hot Issues*

- Exhibit #7

Thomas Hawkins III
1005 North Heliotrope Drive
Los Angeles, Ca 90028
(323)718-4696 (Cell)
thomashawkins3rd@yahoo.com (Email)


Dear Executive Officer Board of Supervisors Attention Claims

Claim Number #11-1090256*001


The Los Angeles Sheriffs Department that caused this incident is located at 8838 East Los Tunas Drive Temple City, Ca 91780.The Los Angeles Sheriffs Officer that made the arrest is name Officer Huerto.

There needs to be a review of how many Afro-Americans that this officer has stop and detain for no reason at all.

There needs to be a review of how many afro Americans this officer and his partner arrested without a crime being committed.

I have to wear a suit and tie and be Caucasian or Hispanic so the Sheriffs department want harass me walking on the sidewalks of the City of Pasadena.

Officer Huerto had asked me if I had any drugs on me or if I was gang affiliated.

I have been drug free all my life and I have never been in a gang.

My fourth amendment right was violated and this case deals with racial profiling.

Thomas Hawkins III   Exhibit 8
1005 North Heliotrope Drive
Los Angeles, Ca 90028

Amended Complaint

Detention Short of Arrest. Stop and Frisk: Arrests are subject to the requirements of the Fourth Amendment, but the courts have followed the common law in upholding the right of police officers to take a person into custody without a warrant if they have probably cause to believe that the person to be arrested has committed a felony or has committed a misdemeanor in their presence.

What crime had I said to had been done in the police officers presence?

The probable cause is, of course, the same standard required to be met in the issuance of an arrest warrant, and must

be satisfied by conditions existing prior to the policemans stop, what is discovered thereafter not sufficing to establish retroactively reasonable cause.

There are, however, instances when a policemans suspicions will have been aroused by someones conduct or manner, but probable cause for placing such a person under arrest will be lacking. Terry verses Ohio.

My Fourth Amendment rights was violated.

I was discriminatorilly searched and seized in violation of the Fourth Amendment and the Equal Protection Clause of the Fourteenth

This case deals with a sexual assault, fourth Amendment right violation and racial profiling.

No crime was committed before I was stop walking on the sidewalks of Foothill Blvd in Pasadena inroute to the Gold Line I had over $800 in my pockets.

Officer Huerta works for the County of Los Angeles.

Officer Huerta works for the Los Angeles Sheriffs department. So he was acting under the color of law when he violated my 4th Amendment right of the United States Constitution

# COUNTY OF LOS ANGELES

## OFFICE OF THE COUNTY COUNSEL

648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1913
FACSIMILE
(213) 687-8822
TDD
(213) 633-0901

ANDREA SHERIDAN ORDIN
County Counsel

August 3, 2011

Thomas Hawkins, III
1005 North Heliotrope Dr.
Los Angeles, California 90029

**Re: Claim(s) Filed:** June 17, 2011
**File Number(s)** 11-1090256*001

Dear Claimant:

This letter is to inform you that the above-referenced claim which you filed with the Los Angeles County Board of Supervisors was rejected on **July 28, 2011.**

An investigation of this matter fails to indicate any liability on the part of the County of Los Angeles. Accordingly, your claim was rejected on that basis and no further action will be taken on this matter.

STATE LAW REQUIRES THAT YOU BE GIVEN THE FOLLOWING "WARNING:"

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. SEE GOVERNMENT CODE SECTION 945.6.

This time limitation applies only to causes of action for which Government Code Sections 900 - 915.4 required you to present a claim. Other causes of action, including those arising under federal law, may have different time limitations.

HOA.813271.1

Exhibit 12

Thomas Hawkins, III
Page 2

       You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately

                              Very truly yours,

                              ANDREA SHERIDAN ORDIN
                              County Counsel

                 By

                              BRIAN T. CHU
                              Principal Deputy County Counsel
                              General Litigation Division

BTC:ce

HOA.813271.1

## DECLARATION FOR SERVICE BY MAIL

STATE OF CALIFORNIA
County of Los Angeles

I am and at all times herein mentioned have been a citizen of the United States and resident of the County of Los Angeles, over the age of eighteen years and not a party to nor interested in the within action; that my business address is 648 Kenneth Hahn Hall of Administration, City of Los Angeles, County of Los Angeles, State of California 90012.

That on the 3rd day of **August 2011**, I served the attached **"Notice of Denial"** of claim upon claimant by depositing a copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in a United States mail box in Los Angeles, California addressed as follows:

> Thomas Hawkins, III
> 1005 North Heliotrope Dr.
> Los Angeles, California 90029

and that the person on whom said service was made has/resides his/her office at a place where there is a regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of **August 2011** at Los Angeles, California.

_____
Signature

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Thomas Hawkins III

**DEFENDANTS**
County of Los Angeles / Los Angeles Sheriffs department

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Thomas Hawkins III (323)718-4696
1005 North Heliotrope Drive
Los Angeles, Ca 90029

Attorneys (If Known) (213) 974-1440
500 West Temple Room 383
Kenneth Hall of Administration
Los Angeles, Ca 90012

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:**  JURY DEMAND: ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)   $ 1,000,000
**CLASS ACTION under F.R.C.P. 23:** ☒ Yes  ☐ No     ☒ MONEY DEMANDED IN COMPLAINT: $ ~~~~~

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fourth Amendment right violation, racial Profiling

**VII. NATURE OF SUIT** (Place an X in one box only.)

[Nature of suit checklist with ☒ 440 Other Civil Rights checked]

CV11 07023

**FOR OFFICE USE ONLY:**  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Thomas Vouvanti_    Date  8-23-11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Thomas Hawkins III
*Plaintiff*

v.

County of Los Angeles
*Defendant*

Civil Action No. CV11 07023 PA (PJW)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
County of Los Angeles
500 West Temple Street Room 383 Kenneth Hahn
Hall of Administration
Los Angeles, Ca 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

CHRISTOPHER POWERS

Date: AUG 26

*Signature of Clerk or Deputy*

FOR OFFICE USE ONLY

1181