UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS HAWKINS III, | ) | CASE NO. CV 11-7023-PA (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| COUNTY OF LOS ANGELES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 26, 2012.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA11CV07023PA-PJW_HAWKINS_J.wpd